COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-15-00517-CR & 01-15-00518-CR

Style:     John Henry Skillern v. The State of Texas

Date motion filed*:     June 15, 2015

Type of motion:     Letter-Motion to Expedite the Filing of the Reporter's Record

Party filing motion:     Pro se appellant

Document to be filed:     Reporter's Record

Is appeal accelerated?     No.

If motion to extend time:

    Original due date:     July 20, 2015

    Number of extensions granted:    0     Current Due Date: July 20, 2015

    Date Requested:     N/A

Ordered that motion is:

    ☐ Granted in part

    ☐ Denied

    ☒ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

On May 22, 2015, the trial court found appellant to be indigent for the purposes of hiring an appellate attorney and paying for the appellate records, but counsel was to be appointed at a later date. On June 8, 2015, after the notice of appeal was received by the Clerk of this Court on June 5, 2015, the Clerk sent notice to, among others, the court reporter that the record is due by July 20, 2015. Accordingly, appellant's motion to expedite the filing of the reporter's record is **dismissed** because the reporter is responsible for timely filing it by the July 20th deadline, which may be extended if the reporter makes a request to this Court. *See* TEX. R. APP. P. 35.3(b)(3), (c).

Judge's signature: /s/ <u>Evelyn V. Keyes</u>

    ☒ Acting individually     ☐ Acting for the Court

Date: June 25, 2015

November 7, 2008 Revision

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

June 25, 2015

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Ste 600
Houston, TX 77002-1923
* DELIVERED VIA E-MAIL *

John Henry Skillern
SPN #2747334  (5E1B01X)
1200 Baker Street
Houston, TX 77002

**RE:    Court of Appeals Number:** 01-15-00517-CR    **Trial Court Case Number:** 1436278

**Style:** John Henry Skillern
v.
The State of Texas

On this date, an order was issued in the above-referenced cause. You may obtain a copy of the Court's order at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g), a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court
By Cheryl Roberts, Deputy Clerk

cc:    Court Reporter 182nd District Court (DELIVERED VIA E-MAIL)



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

TDC

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S POSTAGE ᐳᐳ PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 JUN 24 2015

MAIL RECEIVED



JOHN HENRY SKILLERN



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 20 2015

CHRISTOPHER A. PRINE
CLERK